COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-290-CR

JONATHAN MARK DAVILA          APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 362
ND
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Appellant’s Withdrawal Of Notice Of Appeal” and request to expedite mandate.  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 
Tex. R. App. P.
 43.2(f).  Upon agreement of the parties, the mandate will issue immediately.  
See id.
 18.1(c)
.

PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: February 12, 2004. 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.